

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The motion is due May 18, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court